<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7462**

———————

ABDIYYAH BEN ALKEBULANYAHH, a/k/a Tyree Alphonso Roberts,

          Plaintiff - Appellant,

     v.

JON OZMINT; STAN BURTT, Warden,

          Defendants – Appellees,

     and

GEORGE W. BUSH; MARK SANFORD, Governor,

          Defendants.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Margaret B. Seymour, District Judge.  (6:07-cv-03219-MBS)

———————

Submitted:  December 17, 2009     Decided:  December 29, 2009

———————

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Abdiyyah ben Alkebulanyahh, Appellant Pro Se.  Andrew Lindemann, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdiyyah ben Alkebulanyahh appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alkebulanyahh v. Ozmint, No. 6:07-cv-03219-MBS (D.S.C. July 13, 2009). We deny Alkebulanyahh's motions for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2